# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

FRED NAJJAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1464

_____

January 26, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.